UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HICKMAN,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | Civil Action No. |
| v.            ) | 05-11875-JLT |
| ) | |
| NATIONAL PARK SERVICE,            ) | |
| ) | |
| Defendant.            ) | |
| ) | Formerly Boston Municipal Court |
| ) | Small Claims Action |
| | No.  0501sc4233 |

## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Purusant to Fed. R. Civ. P. 12(b)(1), the Defendant, National Park Service, moves to dismiss the instant action for lack of subject matter jurisdiction.

In support of the Motion, the Defendant submits the attached memorandum and Exhibits.

Wherefore, the Defendant requests that the instant claim be dismissed.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

**Certificate Under L.R. 7.1**

The United States takes the position that Local Rule 7.1 requires that "counsel" confer. As the Plaintiff is pro se, the rule is inapposite.  Alternatively, the United States requests leave to file the instant motion without a conference.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 27th day of October 2005, service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, David Hickman, 6 Whittier Place Road, Boston, MA 02114.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney